No. 538. A. B. CAPLINGER, COUNTY JUDGE, *v.* UNITED STATES ON RELATION OF HARRIMAN NATIONAL BANK. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. A. B. Caplinger, pro se. Messrs. Harvey D. Jacob, Joe T. Robinson, Joe W. House* and *C. H. Moses* for respondent.

---

No. 551. BOSTON SAND & GRAVEL COMPANY *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Foye M. Murphy* and *John W. Davis* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Farnum* and *Mr. J. Frank Staley* for the United States.

---

No. 561. MARK SKINNER WILLING AND THE NORTHERN TRUST COMPANY, TRUSTEE, ET AL. *v.* CHICAGO AUDITORIUM ASSOCIATION. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Charles E. Hughes, Homer H. Cooper* and *Samuel Topliff* for petitioners. *Messrs. Walter L. Fisher* and *Wm. C. Boyden* for respondent.

---

No. 564. MILTON E. SPRINGER, DALMACIO COSTAS, AND ANSELMO HILARIO *v.* THE GOVERNMENT OF THE PHILIPPINE ISLANDS; and

No. 573. GREGORIO AGONCILLO, BALDOMERO ROXAS, AND CATALINO LAVADIA *v.* THE GOVERNMENT OF THE PHILIPPINE ISLANDS. November 21, 1927. Petition for writs of certiorari to the Supreme Court of the Philippine Islands granted. *Messrs. José A. Santos, James Rose, Quintin Paredes* and *Claro M. Recto* for petitioners. *Messrs. Wm. C. Rigby* and *Hugh C. Smith* for respondent.